MABEL L. CRANE, as Administratrix, etc., of ARTHUR MORTON CRANE, JR., Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24038.) — Claimant has appealed from a judgment of the Court of Claims dismissing her claim on the ground that her intestate was guilty of contributory negligence. The claim arose out of an accident which occurred on July 31, 1934, on the State highway between Bloomingdale and Saranac Lake, as a result of which claimant's intestate was killed. The claim, with two companion cases, was tried in 1936, and the Court of Claims dismissed all the claims. An appeal was taken to this court and the judgments were reversed (257 App. Div. 699). Later the Court of Claims made an award in the two companion cases. In the case at bar the claim was dismissed. The evidence sustains the finding of the court below. Judgment unanimously affirmed, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

EDWARD F. STRANDSKI, Respondent, v. JOHN SHARKI, Defendant, and ROBERT WILCOX and MARY CASHMAN, Now MARY CASHMAN WILCOX, by JULIA CASHMAN, Her Guardian ad Litem, Appellants. (Action No. 1.) HELEN STRANDSKI, Respondent, v. JOHN SHARKI, Defendant, and ROBERT WILCOX and MARY CASHMAN, Now MARY CASHMAN WILCOX, by JULIA CASHMAN, Her Guardian ad Litem, Appellants. (Action No. 2.) MADELINE STRANDSKI, an Infant, by EDWARD F. STRANDSKI, Her Guardian ad Litem, Respondent, v. JOHN SHARKI, Defendant, and ROBERT WILCOX and MARY CASHMAN, Now MARY CASHMAN WILCOX, by JULIA CASHMAN, Her Guardian ad Litem, Appellants. (Action No. 3.) — Defendants, Robert Wilcox and Mary Cashman Wilcox, appeal from judgments in favor of the plaintiffs in each of the above-entitled actions, which judgments were entered upon the verdicts of the jury at a trial in the Supreme Court, Broome county. Appeals are also taken from orders in each case denying motions to set aside the verdicts. These actions grow out of an automobile accident which occurred September 29, 1940, when the automobile in which plaintiffs were riding was involved in a collision with an automobile driven by the defendant Sharki which was attempting to pass the automobile in which defendants Robert Wilcox and Mary Cashman Wilcox were riding. The question of negligence here presented was a question of fact for the jury to decide, and the motion by defendants-appellants for dismissal of the complaints as to them was properly refused. The judgments and orders appealed from should be affirmed, with costs. Judgments and orders unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.